IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01881-MJW

SCOTT ALEX COPLEN,

Applicant,

v.

DAVID BERKEBILE, FLX-Warden,

Respondent.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Applicant's Application for Order of Default (Docket No. 20) is DENIED. The Court finds that Respondent is not in default of the Court's order dated July 8, 2014, and further, that the Court has now ordered Respondent to show cause as to why the application for a writ should not be granted.

Date: September 17, 2014