**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01881-MJW

SCOTT ALEX COPLEN,

    Petitioner,

v.

DAVID B. BERKEBILE, WARDEN,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. , the following Judgment is hereby entered.

Pursuant to the ORDER DENYING PETITION FOR RELIEF PURSUANT TO 28 U.S.C. § 2241 of Magistrate Judge Michael J. Watanabe entered on 10/29/2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed July 07, 2014, is denied; and it is further

ORDERED that this action is dismissed without prejudice for lack of subject-matter jurisdiction. It is further

ORDERED that each party is to bear its own costs and fees.

  Dated at Denver, Colorado this 30th day of October, 2014.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                         By: s/   E. E. Miller
                              E. E. Miller, Deputy Clerk